IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**

JAN 08 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **3:25 CR 10** |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code, |
| JERIME GRAHAM-WOODS, | ) | Sections 922(g)(9), 924(a)(8), |
| | ) | and 875(c) |
| Defendant. | ) | |

**JUDGE KNEPP**
**MAG JUDGE CLAY**

COUNT 1
(Possession of a Firearm by a Prohibited Person, 18 U.S.C. §§ 922(g)(9) and 924(a)(8))

The Grand Jury charges:

1.      On or about February 24, 2023, in the Northern District of Ohio, Western Division, the defendant JERIME GRAHAM-WOODS, knowing he had been convicted of a misdemeanor crime of domestic violence on or about April 16, 2012 in Mount Vernon Municipal Court case number 11 CRB 1373, did possess in and affecting interstate commerce a firearm, to wit: a Heckler & Koch model GMBH MP5SD 9mm submachine gun bearing serial number S97767, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code Sections 922(g)(9) and 924(a)(8).

COUNT 2
(Interstate Communications with a Threat to Injure, 18 U.S.C. § 875(c))

The Grand Jury further charges:

2.      From on or about June 27, 2023, to on or about September 26, 2023, in the Northern District of Ohio, Western Division, and elsewhere, Defendant JERIME GRAHAM-WOODS, knowingly and willfully did transmit in interstate and foreign commerce a threat to injure the person of another; to wit, the Defendant posted several comments on the social media

ORIGINAL

application Tik Tok advocating for a violent revolution against the federal government, and killing law enforcement officers, in violation of Title 18, United States Code Section 875(c).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.